**Schedule 1**
Polaris Operating, LLC, *et al*.
Executory Contracts and Unexpired Leases

| Debtor Party | Contract Counterparty | Cure Amount | Description | Term / Expiration | Address 1 | Address 2 | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|---|---|
| Polaris Operating, LLC | Farmout Agreement Longboat Energy LLC | $ - | Farm Out Agreement | | 1560 E. 21st Street | Suite 300 | Tulsa | OK | 74114 |
| Polaris Operating, LLC | IACX Rock Creek LLC | $ - | Contract | April 30, 2023 and continues month to month thereafter | 5001 LBJ Freeway | Suite 300 | Dallas | TX | 75244 |
| NAP I, LLC | Southwest Energy, L.P. | $ - | Contract | 2/28/2027 | 3900 Essex Lane | Suite 610 | Houston | TX | 77027 |
| Polaris Operating, LLC | Valero Marketing and Supply Co. | $ - | Contract | | P.O. Box 696000 | | San Antonio | TX | 78269 |
| Polaris Operating, LLC | Viking Bond Service Inc. | $ - | Surety Bond | Effective September 1, 2022 with term of 1 year 3 months | PO Box 41460 | | Phoenix | AZ | 85080 |
| Polaris Operating, LLC | BALTERRA ENERGY LLC | $ 2,850.00 | Contract | | PO BOX 888 | | KATY | TX | 77492 |
| Polaris Operating, LLC | BLUE DUCK ENERGY MVR LLC | $ 3,349.54 | Joint Operating Agreement | | PO BOX 601695 | | DALLAS | TX | 75360 |
| CCCB Energy Partners, LLC | BP ENERGY CO | $ - | Contract | | 201 HELIOS WAY | | HOUSTON | TX | 77079 |
| Polaris Operating, LLC | CORLENA OIL CO | $ - | Joint Operating Agreement | | 619 S TYLER STE 210 | | AMARILLO | TX | 79101 |
| NAP I, LLC | ETC TEXAS PIPELINE LTD (MDC) | $ - | Contract | 2/28/2027 | 8111 Westchester Dr. | Suite 600 | Dallas | TX | 75225 |
| Polaris Operating, LLC | LUTHER PRESTON CENTER, LLC | $ 45,071.24 | Office Lease | 11/30/2025 | 5944 LUTHER LN STE 1000 | | DALLAS | TX | 75225 |
| Polaris Operating, LLC | NOVA COMPRESSION LLC | $ 342,272.77 | Contract | Effective 11/1/2022 with 24 month term | 2500 Woodbine Drive | | Kilgore | TX | 75662 |
| Polaris Operating, LLC | PICKFORD INVESTMENTS LLC | $ - | Joint Operating Agreement | | 1437 S BOULDER | STE 160 | TULSA | OK | 74119 |
| Polaris Operating, LLC | Presidio Petroleum | $ - | Joint Operating Agreement | | 500 W 7th Street | Suite 803 | Fort Worth | TX | 76102 |
| Cottonwood Gas Gathering, LLC | DCP Operating Company, LP | $ - | Gas Purchase Contract | 4/30/2023, and continues month to month thereafter | 370 17th Street | Suite 2500 | Denver | CO | 80202 |