IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-32810 (CML)** |
| **Polaris Operating, LLC,** *et al.,* | § | |
| | § | **Chapter 11** |
| **Debtors.**[1] | § | |
| | § | **(Jointly Administered)** |

### NOTICE OF EXTENSION OF BID DEADLINE
### IN RESPECT TO SALE OF MESA VISTA AND MASTERSON ASSETS
### AND NOTICE OF NEW AUCTION DATE

**\*\*NEW BID DEADLINE: DECEMBER 12, 2023 AT 5:00 P.M. CST\*\***

**\*\*NEW AUCTION DATE (IF NECESSARY): DECEMBER 15, 2023 AT 10:00 A.M. CST\*\***

**PLEASE TAKE NOTICE** that pursuant to the Bid Procedures Order [ECF # 222], the deadline to submit a bid to purchase assets of Polaris Operating, LLC, *et al.*, the debtors and debtors in possession (collectively, the "Debtors") is December 8, 2023 with the auction (if any) to be held thereafter on December 13, 2023 (collectively, the "Bid and Auction Deadlines").

**PLEASE TAKE FURTHER NOTICE** that, the Bid Deadline for the sale of the Mesa Vista Assets and the Masterson Assets haS been extended, with the consent of the DIP Lender and Prepetition Lender, to **December 12, 2023.** Any Qualified Bids[2] submitted on or before December 12, 2023 at 5:00 p.m. (cst) shall be treated as being timely submitted, and if and to the extent an auction is necessary pursuant to the Bid Procedures Order, such auction shall take place on **December 15, 2023** at 10:00 a.m. (cst).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CCCB Energy Partners, LLC (5918); Polaris Operating, LLC (9852); NAP I, LLC (6767); and Cottonwood Gas Gathering, LLC (8983). The Debtors' service address is: 5944 Luther Lane, Suite 400, Dallas, TX 75225.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Sale Motion or Bid Procedures Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that while any party may submit a bid for the WGU Waterflood at this time, the Debtors intend on continuing the deadlines set forth in the Bid Procedures Order and the sale hearing to a future date certain.

Respectfully submitted this 8th day of December, 2023.

                         **OKIN ADAMS BARTLETT CURRY LLP**

                         By:     /s/ *Christopher Adams*
                              Christopher Adams
                              Texas Bar No. 24009857
                              Email: cadams@okinadams.com
                              John Thomas Oldham
                              Texas Bar No. 24075429
                              Email: joldham@okinadams.com
                              1113 Vine St., Suite 240
                              Houston, Texas 77002
                              Tel: 713.228.4100
                              Fax: 346.247.7158

                         **ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 8, 2023 a true and correct copy of the foregoing Motion was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

                         By:  */s/ Christopher Adams*
                                Christopher Adams