UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| POLARIS OPERATING, LLC, *et al.*, | § | Case No. 23-32810 (CML) |
| | § | |
| Debtors[1] | § | (Jointly Administered) |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned appears as attorneys of record for Indian Springs Cattle Company, LLC, creditor in this proceeding, and, pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, requests that all notices given, or required to be given, in this case and all papers served, or required to be served, in this case, be given to and served upon the undersigned at the office, address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceeding related thereto.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CCCB Energy Partners, LLC (5918); Polaris Operating, LLC (9852); NAP I, LLC (6767); and Cottonwood Gas Gathering, LLC (8983). The Debtors' service address is: 5944 Luther Lane, Suite 400, Dallas, TX 75225.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the right to object and/or not consent to entry of final orders by a Bankruptcy Judge in non-core matters and request that final orders in non-core matters be entered only after de novo review by a District Judge; (ii) the right to a trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, (iv) any other rights, claims action, defenses, setoffs, or recoupments to which may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on the said creditors.

SIGNED: March 1, 2024.

Respectfully submitted,

LOVELL, ISERN & FARABOUGH, LLP
John H. Lovell, TX SBN 12609300
john@lovell-law.net
Brian W. Farabough, TX SBN 24072989
brian@lovell-law.net
Matthew S. Merriott, TX SBN 24100846
matthew@lovell-law.net
112 SW 8th Ave, Ste 1000
Amarillo, TX  79101
Phone: (806) 373-1515
Fax:    (806) 379-7171

By:   */s/ Brian W. Farabough*
          Brian W. Farabough

## CERTIFICATE OF SERVICE

      This is to certify that I have on this day electronically filed the foregoing using the Court's CM/ECF filing system, which sends a notice of this filing and an accompanying link to this filing to all parties who have filed a notice of appearance in this case under the Court's CM/ECF system.

Dated: March 1, 2024.

                                              */s/ Brian W. Farabough*
                                              Brian W. Farabough