IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-32810 (CML)** |
| **Polaris Operating, LLC,** *et al.,* | § | |
| | § | **Chapter 11** |
| Debtors.[1] | § | |
| | § | **(Jointly Administered)** |

<u>**AMENDED NOTICE OF HEARING**</u>
**[Relates to Docket No. 383]**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. A hearing on *Debtors' Motion For (A) Entry Of An Order (I) Approving Bidding Procedures; (II) Authorizing Transfer(s) Outside The Ordinary Course Of Business; (III) Scheduling Bid Deadline, Auction Date, And Sale Hearing Date; (IV) Approving Form Of Notice Thereof; And (B) Entry Of An Order After The Sale Hearing (I) Authorizing And Approving The Debtors To Sell The WGU Energy, LLC Equity Asset; And (II) Granting Related Relief* [Docket No. 383] has been set for **August 29, 2024 at 11:00 a.m.** (prevailing Central Time) before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas (the "<u>Court</u>"), Courtroom 401, 4th Floor, 515 Rusk Street, Houston, Texas 77002.

2. Parties may attend the status conference in person or electronically. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the **GoToMeeting** platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "**JudgeLopez**". Click the settings icon in the upper right corner and enter your name under the personal information setting.

3. Parties are encouraged to review the Court's procedures for telephonic appearances by visiting the Court's website and selecting "View Procedures" for Judge Lopez at: https://www.txs.uscourts.gov/page/bankruptcy-judges-procedures-schedules.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CCCB Energy Partners, LLC (5918); Polaris Operating, LLC (9852); NAP I, LLC (6767); and Cottonwood Gas Gathering, LLC (8983). The Debtors' service address is: 5944 Luther Lane, Suite 400, Dallas, TX 75225.

Respectfully submitted on the 22nd day of August, 2024.

        **OKIN ADAMS BARTLETT CURRY LLP**

        By:    /s/ *Christopher Adams*
            Christopher Adams
            Texas Bar No. 24009857
            Email: cadams@okinadams.com
            John Thomas Oldham
            Texas Bar No. 24075429
            Email: joldham@okinadams.com
            1113 Vine St., Suite 240
            Houston, Texas 77002
            Tel: 713.228.4100
            Fax: 346.247.7158

        **ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 22, 2024 a true and correct copy of the foregoing Notice was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

        By:    /s/ *Christopher Adams*
            Christopher Adams