### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| POLARIS OPERATING, LLC, *et al.*, | § | Case No. 23-32810 (CML) |
| | § | |
| Debtors[1] | § | (Jointly Administered) |

### SUGGESTION OF DEATH

The undersigned informs and suggests to the Court that on February 15, 2024, Robert Price Brent, III, a Claimant in this case, passed away. A copy of the death certificate evidencing same (with social security number redacted) is attached as Exhibit 1. The Executrix for the Estate of Robert Price Brent, III is Beth Marsh, whose address is 1270 Mesa Avenue, Colorado Springs, Colorado 80906.

The proof of claim for Robert Price Brent, III is Proof of Claim No. 57-1.

Dated this 24th day of September, 2024.

Respectfully submitted,

LOVELL ISERN & FARABOUGH, LLP
John H. Lovell, TX SBN 12609300
john@lovell-law.net
Brian W. Farabough, TX SBN 24072989
brian@lovell-law.net
Matthew S. Merriott, TX SBN 24100846
matthew@lovell-law.net
112 SW 8th Ave, Ste 1000
Amarillo, TX  79101
Phone: (806) 373-1515
Fax:    (806) 379-7171

By:    */s/ John H. Lovell*
          John H. Lovell

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: CCCB Energy Partners, LLC (5918); Polaris Operating, LLC (9852); NAP I, LLC (6767); and Cottonwood Gas Gathering, LLC (8983). The Debtors' service address is: 5944 Luther Lane, Suite 400, Dallas, TX 75225.

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing using the Court's CM/ECF filing system, which sends a notice of this filing and an accompanying link to this filing to all parties who have filed a notice of appearance in this case under the Court's CM/ECF system.

Dated: September 24, 2024.

_/s/ John H. Lovell_
John H. Lovell

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Mar 04 2024

**STATE OF TEXAS** — CERTIFICATE OF DEATH

**STATE FILE NUMBER** (Before Marriage): 142-24-035761

2 DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy): FEBRUARY 15, 2024

1 LEGAL NAME OF DECEASED (include AKA's, if any) (First, Middle, Last): ROBERT PRICE BRENT III

3 SEX: MALE

4 DATE OF BIRTH (mm-dd-yyyy): JULY 8, 1937

5 AGE-Last Birthday (Years): 86

6 BIRTHPLACE (City & State or Foreign Country): AMARILLO, TX

7 SOCIAL SECURITY NUMBER

8 MARITAL STATUS AT TIME OF DEATH: [X] Married  [ ] Widowed (but not remarried)  [ ] Divorced (but not remarried)  [ ] Never Married  [ ] Unknown

9 SURVIVING SPOUSE'S NAME (if spouse, give name prior to first marriage): SHARON BRUMLEY

10a RESIDENCE STREET ADDRESS: 4801 OLSEN BLVD

10b APT. NO.

10c CITY OR TOWN: AMARILLO

10d COUNTY: POTTER

10e STATE: TEXAS

10f ZIP CODE: 79106

10g INSIDE CITY LIMITS? [X] Yes  [ ] No

11 FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: ROBERT PRICE BRENT JR.

12 MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: LILLIAN BLANCHE THOMPSON

13 PLACE OF DEATH (CHECK ONLY ONE):
IF DEATH OCCURRED IN A HOSPITAL: [ ] Inpatient  [ ] ER/Outpatient  [ ] DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: [ ] Hospice Facility  [X] Nursing Home  [ ] Decedent's Home  [ ] Other (Specify)

14 COUNTY OF DEATH: POTTER

15 CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO): AMARILLO, 79101

16 FACILITY NAME (If not institution, give street address): THE SYCAMORE AT PARK CENTRAL

17 INFORMANT'S NAME & RELATIONSHIP TO DECEASED: SHARON BRENT - WIFE

18 MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code): 4801 OLSEN BLVD, AMARILLO, TX 79106

19 METHOD OF DISPOSITION: [ ] Burial  [X] Cremation  [ ] Donation  [ ] Entombment  [ ] Removal from state  [ ] Mausoleum  [ ] Other (Specify)

20 SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: STEVEN BOXWELL, BY ELECTRONIC SIGNATURE - 11723

21 [ ] Unknown  Section  Block  Lot  Space

22 PLACE OF DISPOSITION (Name of cemetery, crematory, other place): CITY VIEW CREMATORY

23 LOCATION (City/Town, and State): VEGA, TX

24 NAME OF FUNERAL FACILITY: BOXWELL BROTHERS FUNERAL DIRECTORS - AMARILLO

25 COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code): 2800 PARAMOUNT, AMARILLO, TX 79109

26 CERTIFIER (Check only one):
[ ] Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
[ ] Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

27 SIGNATURE OF CERTIFIER: RON K RANKIN, BY ELECTRONIC SIGNATURE

28 DATE CERTIFIED (mm-dd-yyyy): FEBRUARY 21, 2024

29 LICENSE NUMBER: K5385

30 TIME OF DEATH (Actual or presumed): 05:20 AM

31 PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code): RON K RANKIN  5211 SW 9TH, STE, 100, AMARILLO, TX 79106

32 TITLE OF CERTIFIER: MD

33 PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

Approximate interval Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death) ——>
a. ALZHEIMER'S DISEASE    YEARS
Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
b.
Due to (or as a consequence of):
c.
Due to (or as a consequence of):
d.

PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1.

34 WAS AN AUTOPSY PERFORMED? [ ] Yes  [X] No

35 WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? [ ] Yes  [ ] No

36 MANNER OF DEATH: [X] Natural  [ ] Accident  [ ] Suicide  [ ] Homicide  [ ] Pending Investigation  [ ] Could not be determined

37 DID TOBACCO USE CONTRIBUTE TO DEATH? [ ] Yes  [X] No  [ ] Previously  [ ] Probably  [ ] Unknown

38 IF FEMALE: [ ] Not pregnant within past year  [ ] Pregnant at time of death  [ ] Not pregnant, but pregnant within 42 days of death  [ ] Not pregnant, but pregnant 43 days to one year before death  [ ] Unknown if pregnant within the past year

39 IF TRANSPORTATION INJURY, SPECIFY: [ ] Driver/Operator  [ ] Passenger  [ ] Pedestrian  [ ] Other (Specify)

40a DATE OF INJURY (mm-dd-yyyy)

40b TIME OF INJURY

40c INJURY AT WORK? [ ] Yes  [ ] No

40d PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area)

40e LOCATION (Street and Number, City, State, Zip Code)

40f COUNTY OF INJURY

41 DESCRIBE HOW INJURY OCCURRED

42a REGISTRAR FILE NO: 02000420

42b DATE RECEIVED BY LOCAL REGISTRAR: MARCH 4, 2024

42c REGISTRAR

EDR NUMBER  00004444833307

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED  Mar 05 2024

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

THE STATE OF TEXAS

VS-112 REV 1/2006

MDG

EXHIBIT 1